

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2022

No. 04-22-00686-CV

Juan **NAVA**,
Appellant

v.

William **SCHMIDT**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 22181B
Honorable Rex Emerson, Judge Presiding

# O R D E R

On November 14, 2022, the court reporter filed a notification of late reporter's record. On November 21, 2022, the court reporter filed the record. Therefore, the notification of late reporter's record is NOTED.

To date, Appellant Juan Nava has failed to pay the applicable filing fee in this appeal. Texas Rule of Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We, therefore, ORDER appellant, within ten (10) days of the date of this order, to either (1) pay the applicable filing fee in this appeal or (2) provide written proof to this court that he is excused by statute or these rules from paying the filing fee. *See* TEX. R. APP. P. 20.1. If appellant does not pay the applicable filing fee in this appeal or provide written proof to this court that he is excused from paying the filing fee by the date ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2022.

MICHAEL A. CRUZ, Clerk of Court